1192

No. 12–609. KANSAS v. CHEEVER. Sup. Ct. Kan. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 11–807. BROWN v. BOBBY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1381. POBLETE v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–1414. DIAZ-PALMERIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–1473. THO MINH CHAU v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 11–7376. NOLING v. BOBBY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8643. THAI HONG DOAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9261. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9642. SHAHLY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10826. ALSHAIF v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 11–10846. GAITAN v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 12–304. LARBIE v. LARBIE. C. A. 5th Cir. Certiorari denied.

No. 12–332. CHAIDY v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 12–348. BUTT v. UTAH. Sup. Ct. Utah. Certiorari denied.